## UNITED STATES  DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | |
|---|---|
| **CHERYL L. JENKINS,** ) | |
|     **Plaintiff,** ) | |
|  **v.** ) | |
| ) | **Case No.  09-2252** |
| **MICHAEL J. ASTRUE,** ) | |
| **COMMISSIONER OF SOCIAL SECURITY,** ) | |
| ) | |
|     **Defendant.** ) | |

# O R D E R

On March 26, 2009, this Court remanded this case to the Social Security Agency (hereinafter "SSA") pursuant to sentence four of 42 U.S.C. § 405(g).  Without remanding the case to a hearing office for further proceedings, the Appeals Council reviewed the case based on the existing record.  On August 7, 2009, the Appeals Council denied Plaintiff Cheryl Jenkins' application for disability insurance benefits (hereinafter "DIB") and supplemental security income (hereinafter "SSI"), for the time period of August 23, 2000, to June 25, 2004.

In October 2009, Plaintiff filed a Complaint (#3) against Defendant Michael Astrue, the Commissioner of Social Security, seeking judicial review of the Appeals Council's decision to deny social security benefits.  In June 2010, Plaintiff filed a Motion for Summary Judgment (#16).  In July 2010, Defendant filed a Motion for an Order Which Affirms the Commissioner's Decision (#18).

After reviewing the administrative record and the parties' memoranda, this Court entered an Order denying Plaintiff's Motion for Summary Judgment (#16).  Consistent with the Court's reasoning in the Order denying Plaintiff's motion, the Court now **GRANTS** Defendant's Motion for an Order Which Affirms the Commissioner's Decision **(#18)**.  This case is terminated.

ENTER this 24th day of November, 2010.

        _____
         s/ DAVID G. BERNTHAL
         U.S. MAGISTRATE JUDGE